ULSTER COUNTY SAVINGS INSTITUTION *v.* DECKER.

(Argued May 29, 1878; decided June 4, 1878.)

AGREE to grant motion to correct remittitur so far as that costs abide event, without costs of motion.

No opinion.